**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


**SHANNON R. HAMILTON,**

      **Plaintiff,**

**v.**                                                                  **CASE NO. 5:17cv180-MCR-CJK**

**STATE OF FLORIDA, et al.,**

      **Defendants.**
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 12, 2017. ECF No. 6. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is DISMISSED WITH PREJUDICE for plaintiff's failure to state a claim upon which relief can be granted.

3.      Plaintiff's applications for pro bono counsel, ECF Nos. 9, 11, 12, are DENIED as Moot.

4.      The Clerk is hereby directed to close the file.

**DONE AND ORDERED** this 7th day of August, 2018.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**